ACCEPTED
15-25-00086-Cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/26/2025 3:01 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00086-CV**

# In the Court of Appeals
# for the Fifteenth Judicial District

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/26/2025 3:01:04 PM
CHRISTOPHER A. PRINE
Clerk

_____

**2020 LONG TAIL TRAIL INVESTMENTS, LLC, ET AL.,**
*Appellants,*

v.

**STATE OF TEXAS, ET AL.,**
*Appellees.*

_____

On Appeal from the
261st Judicial District Court, Travis County
Cause No. D-1-GN-23-007785

_____

## APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF

_____

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(B) and 38.6, Appellees State of Texas, Attorney General Kenneth Paxton (in his official capacity), the Acting Texas Comptroller of Public Accounts Kelly Hancock (in his official capacity), and the Office of the Texas Comptroller of Public Accounts file this *Unopposed Motion for Extension of Time to File Brief*, and would show the Court the following:

1

1. Appellees response brief is due on Monday, September 15, 2025.

2. Appellees request a 30-day extension of time to file their response brief until, Wednesday, October 15, 2025.

3. Lead Counsel for the Appellees, Mr. Cole P. Wilson, is on paternity leave beginning August 21st, through mid-October, 2025, and will be unable to prepare Appellees' Response brief.

4. Appellees' Additional Counsel, Ms. Lynn E. Saarinen, has other matters demanding her time and attention; specifically:

4.1. Counsel must prepare for trial that is currently set in Harris County, Texas for September 15th, 2025, if a continuance request is not granted.

4.2. Additionally, Counsel has pre-approved leave during the last week in August, and first week of September.

4.3. Finally, Counsel has several other previously scheduled filings and briefings due in both federal and state court, including the Texas Supreme Court, throughout September and October 2025.

5. This is Appellee's first request for an extension of time.

6. The requested extension is reasonable and necessary to allow Appellees adequate time to prepare their response brief. This request is not made for delay but only so that justice may be done.

7. Appellants do not oppose this motion.

8. Appellees request that this Court grant an extension of time for 30 days until October 15th, 2025, to file their response to Appellants' opening briefs.

Wherefore, for the above reasons, Appellees State of Texas, Attorney General Kenneth Paxton (in his official capacity), the Acting Texas Comptroller of Public Accounts Kelly Hancock (in his official capacity), and the Office of the Texas Comptroller of Public Accounts respectfully request that the Court extend the time for filing their response brief from September 15th, 2025, to October 15th, 2025.

Dated: August 26, 2025

Respectfully submitted,

**Ken Paxton**
Attorney General of Texas

**Brent Webster**
First Assistant Attorney General

**Ralph Molina**
Deputy First Assistant Attorney General

**Austin Kinghorn**
Deputy Attorney General for Civil Litigation

**Kimberly Gdula**
Chief for General Litigation Division

**Cole P. Wilson**
Assistant Attorney General
Texas State Bar No. 24122856
Cole.Wilson@oag.texas.gov

*/s/ Lynn E. Saarinen*
**Lynn E. Saarinen**
Assistant Attorney General
Texas State Bar No. 17498900
Lynn.Saarinen@oag.texas.gov

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
737-224-4634 | Fax: 512-320-0667

*Counsel for Appellees*

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 19, 2025, Counsel conferred by email with Appellant's Counsel, regarding this motion, and Appellant's Counsel is unopposed.

/s/*Lynn E. Saarinen*
**Lynn E. Saarinen**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been sent via electronic service to all attorneys of record, in compliance with Rule 6.3 of the Texas Rules of Appellate Procedure, on August 26, 2025.

/s/*Lynn E. Saarinen*
**Lynn E. Saarinen**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Raymond Abarca on behalf of Lynn Saarinen
Bar No. 17498900
raymond.abarca@oag.texas.gov
Envelope ID: 104870227
Filing Code Description: Motion
Filing Description: 20250826_Appellees Unopposed Motion for Extension of Time Final
Status as of 8/26/2025 3:56 PM CST

Associated Case Party: City of Brownsville, Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 8/26/2025 3:01:04 PM | SENT |
| Will S.Trevino | | will.trevino@brownsvilletx.gov | 8/26/2025 3:01:04 PM | SENT |

Associated Case Party: Attorney General Kenneth Paxton (in his Official Capacity

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Raymond Abarca | | Raymond.Abarca@oag.texas.gov | 8/26/2025 3:01:04 PM | SENT |
| Cole Wilson | | Cole.Wilson@oag.texas.gov | 8/26/2025 3:01:04 PM | SENT |
| Lynn Saarinen | | lynn.saarinen@oag.texas.gov | 8/26/2025 3:01:04 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sherry  Brown | | sherry@txmunicipallaw.com | 8/26/2025 3:01:04 PM | SENT |
| Andy  Messer | | andy@txmunicipallaw.com | 8/26/2025 3:01:04 PM | SENT |
| Brad Bullock | | brad@txmunicipallaw.com | 8/26/2025 3:01:04 PM | SENT |
| Timothy Dunn | | Taddunn@txmunicipallaw.com | 8/26/2025 3:01:04 PM | SENT |
| Todd Disher | | todd@lehotskykeller.com | 8/26/2025 3:01:04 PM | SENT |
| William Thompson | | will@lkcfirm.com | 8/26/2025 3:01:04 PM | SENT |
| Cole Wilson | | cole.wilson@oag.texas.gov | 8/26/2025 3:01:04 PM | SENT |
| Guillermo  Trevino | | will.trevino@brownsvilletx.gov | 8/26/2025 3:01:04 PM | SENT |
| Lena Chaisson-Munoz | | lena.munoz@brownsvilletx.gov | 8/26/2025 3:01:04 PM | SENT |
| George Hyde | | ghyde@txlocalgovlaw.com | 8/26/2025 3:01:04 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Raymond Abarca on behalf of Lynn Saarinen
Bar No. 17498900
raymond.abarca@oag.texas.gov
Envelope ID: 104870227
Filing Code Description: Motion
Filing Description: 20250826_Appellees Unopposed Motion for Extension of Time Final
Status as of 8/26/2025 3:56 PM CST

Case Contacts

| George Hyde | | ghyde@txlocalgovlaw.com | 8/26/2025 3:01:04 PM | SENT |
|---|---|---|---|---|
| Matthew Weston | | mweston@txlocalgovlaw.com | 8/26/2025 3:01:04 PM | SENT |
| David  Overcash | | david.overcash@wtmlaw.net | 8/26/2025 3:01:04 PM | SENT |
| Clark McCoy | | cmccoy@wtmlaw.net | 8/26/2025 3:01:04 PM | SENT |